# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:10−cr−00310−RCL−2
## *Internal Use Only*

Case title: USA v. SAVOY et al

Magistrate judge case number: 1:10−mj−00660−AK

Date Filed: 11/12/2010

Assigned to: Chief Judge Royce C. Lamberth

## **Defendant (2)**

| | | |
|---|---|---|
| **TERRENCE DEMON HUDSON** | represented by | **Jerry Ray Smith** |
| *also known as* | | JERRY RAY SMITH, ATTORNEY AT LAW |
| FAT BOY | | 717 D Street, NW |
| *also known as* | | Suite 400 |
| FAT T | | Washington, DC 20004−2812 |
| *also known as* | | (202) 347−6101 |
| "T" | | Fax: (202) 842−8469 |
| *also known as* | | Email: jerryraysmith@verizon.net |
| FATS | | *TERMINATED: 03/11/2011* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**Pleasant S. Brodnax , III**
1701 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 462−1100
Fax: (202) 204−5165
Email: valawyer@erols.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Rudolph Acree , Jr.**
LAW OFFICES OF RUDOLPH ACREE JR.
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036
(202) 331−1961
Fax: (202) 331−7004
Email: racree30@aol.com
*TERMINATED: 07/31/2012*

| **Pending Counts** | **Disposition** |
|---|---|
| 21: 846 CONSPIRACY TO POSSESS NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine.<br>(1) | Dismissed upon oral motion of the government |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine and 280 Grams or More of Cocaine Base.<br>(1s) | Dismissed upon oral motion of the government |
| 21:846; CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine and 280 Grams or More of Cocaine Base.<br>(1ss) | Dismissed upon oral motion of the government |
| 21:846 CONSPIRACY TO POSSESS NARCOTICS; Conspiracy to Distribute and Possess With Intent to Distribute 28 Grams or More of Cocaine Base and 500 Grams or More of Cocaine.<br>(1ssss) | Defendant sentence to Sixty (60) months on Counts 1 and 3 to run consecutive to count Two (2)for a total of One Hundred and twenty (120) months; followed by concurrent terms of Four (4) years on Counts One (1) and Two (2) and Three (3) years on Count Three (3); special assessment of $100.00 for each count for a total of $300.00. |
| 18:924(c)(1) VIOLENT CRIME/DRUGS/MACHINE GUN; Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense.<br>(2ssss) | Defendant sentence to Sixty(60)months count Two (2) to run consecutive to counts 1 and 3, for a total of One Hundred and twenty (120) months; followed by concurrent terms of Four (4) years on Counts Two (2) and One (1) and Three (3) years on Count Three (3); special assessment of $100.00 for each count for a total of $300.00. |
| 18:924(c)(1); 18:2 VIOLENT CRIME/DRUGS/MACHINE GUN; Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense; Aiding and Abetting.<br>(3) | Dismissed upon oral motion of the government |
| 18:924(c)(1) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Using, Carrying, and Possessing a | Dismissed upon oral motion of the government |

Firearm During a Drug Trafficking Offense and Aiding and Abetting.
(3s)

18:924(c)(1) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting.
(3ss)

Dismissed upon oral motion of the government

18:1956(h) MONEY LAUNDERING – INTERSTATE COMMERCE; Conspiracy to Launder Monetary Instruments.
(3ssss)

Defendant sentence to Sixty (60) months on Counts 3 and 1 to run consecutive to count Two (2)for a total of One Hundred and twenty (120) months; followed by concurrent terms of Three (3) years on Count Three (3) and Four (4) years on Counts One (1) and Two (2); and special assessment of $100.00 for each count for a total of $300.00.

21:843(b); 18:2 USE COMMUNICATIONS FACILITY – NARCOTIC – DISTRIBUTE; Unlawful Use of a Communication Facility; Aiding and Abetting.
(21sss–23sss)

Dismissed upon oral motion of the government

21:843(b); 18:2 USE COMMUNICATIONS FACILITY – NARCOTIC – DISTRIBUTE; Unlawful Use of a Communication Facility; Aiding and Abetting.
(29sss)

Dismissed upon oral motion of the government

18:924(c)(1); 18: 2 VIOLENT CRIME/DRUGS/MACHINE GUN; Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense; Aiding and Abetting.
(36sss)

Dismissed upon oral motion of the government

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

COMPLAINT in VIOLATION of
21:846 and 841(a)(1) .

**Plaintiff**

| USA | represented by | **Opher Shweiki** |
| | | U. S. ATTORNEY'S OFFICE |
| | | 555 Fourth Street, NW |
| | | Room 4209 |
| | | Washington, DC 20530 |
| | | (202) 252–7695 |
| | | Fax: (202) 616–2296 |
| | | Email: opher.shweiki@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Arvind K. Lal** |
| | | UNITED STATES ATTORNEY'S OFFICE |
| | | Judiciary Center Building |
| | | 555 Fourth Street, NW |
| | | Room 217 |
| | | Washington, DC 20530 |
| | | (202) 252–7965 |
| | | Fax: (202) 616–2296 |
| | | Email: arvind.lal@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 11/10/2010 | | | Arrest of TERRENCE DEMON HUDSON. (hsj, ) [1:10–mj–00660–AK] (Entered: 11/12/2010) |
| 11/10/2010 | 1 | | COMPLAINT as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON. (Attachments: # 1 Statement of Facts) (hsj, ) [1:10–mj–00660–AK] (Entered: 11/12/2010) |
| 11/12/2010 | 2 | | AMENDED COMPLAINT by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON. (Attachments: # 1 Amended Statement of Facts) (hsj, ) [1:10–mj–00660–AK] (Entered: 11/12/2010) |
| 11/12/2010 | 3 | | INDICTMENT as to ROBERT DION SAVOY (1) count(s) 1, 2, TERRENCE DEMON HUDSON (2) count(s) 1, 3. (erd) (Entered: 11/12/2010) |
| 11/12/2010 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Arraignment as to ROBERT DION SAVOY (1) Count 1,2 and TERRENCE DEMON HUDSON (2) Count 1,3 held on 11/12/2010. Plea of Not Guilty entered by ROBERT DION SAVOY (1) Count 1,2 and TERRENCE DEMON HUDSON (2) Count 1,3. Detention Hearing set for 11/16/2010 05:00 PM in Courtroom 22A before Chief Judge Royce C. Lamberth. Bond Status of Defendant: Defendants committed/commitment issued. Defendants Held Without Bond. Court Reporter: Lisa Schwam Defense Attorney: John Briley, Jerry Ray Smith; US |

| | | | |
|---|---|---|---|
| | | | Attorney: Opher Shweiki, Arvind Lal. (rje, ) (Entered: 11/12/2010) |
| 11/16/2010 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Detention Hearing as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON held on 11/16/2010. Status Conference set for 12/21/2010 at 02:00 PM in Courtroom 22A before Chief Judge Royce C. Lamberth. (Bond Status of Defendant: Defendants committed/commitments issued); Court Reporter: Theresa Sorensen (Defense Attorney: John Briley, Jerry Ray Smith; US Attorney: Opher Shweiki, Arvind Lal) (rje) Modified on 11/17/2010 (rje, ). (Entered: 11/16/2010) |
| 11/18/2010 | 6 | | MEMORANDUM OF FINDINGS OF FACT AND STATEMENT OF REASONS IN SUPPORT OF ORDER OF PRETRIAL DETENTION as to TERRENCE DEMON HUDSON. Signed by Chief Judge Royce C. Lamberth on 10–310. (rje, ) (Entered: 11/18/2010) |
| 12/15/2010 | 7 | | NOTICE OF ATTORNEY APPEARANCE: Jerry Ray Smith appearing for TERRENCE DEMON HUDSON (Smith, Jerry) (Entered: 12/15/2010) |
| 12/16/2010 | 8 | | MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Shweiki, Opher) (Entered: 12/16/2010) |
| 12/16/2010 | | | Attorney update in case as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON. Attorney Arvind Kumar Lal for USA added. (zmlp) (Entered: 12/17/2010) |
| 12/16/2010 | 9 | | MOTION to Seal Case by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON. (zmlp) (Entered: 12/17/2010) |
| 12/16/2010 | 10 | | ORDER granting 9 Motion to Seal Case as to ROBERT DION SAVOY (1), TERRENCE DEMON HUDSON (2), JEROME JOHNSON (3), ERIC SCURRY (4), KEENA SCURRY (5), NATHAN AUGUSTUS ROBINSON (6). Signed by Magistrate Judge John M. Facciola on 12/16/10. (zmlp) (Entered: 12/17/2010) |
| 12/16/2010 | 11 | | SEALED SUPERSEDING INDICTMENT as to ROBERT DION SAVOY (1) count 1s, 2s; TERRENCE DEMON HUDSON (2) counts 1s, 3s; JEROME JOHNSON (3) count 1; ERIC SCURRY (4) count 1; KEENA SCURRY (5) count 1; NATHAN AUGUSTUS ROBINSON (6) counts 1, 4. (FORFEITURE ALLEGATION) (zmlp) Modified on 12/17/2010 (zmlp) (Entered: 12/17/2010) |
| 12/21/2010 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Arraignment as to ROBERT DION SAVOY (1) TERRENCE DEMON HUDSON (2) and NATHAN AUGUSTUS ROBINSON (6). Plea of Not Guilty entered by ROBERT DION SAVOY (1) as to counts 1s &2s, TERRENCE DEMON HUDSON (2) as to counts 1s &3s,and NATHAN AUGUSTUS ROBINSON (6) as to counts 1 &4 of the Superseding Indictment. Court Ordered Defendants remain Held without bond. Status Conference set for 3/2/2011 at 09:30 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. (Bond Status of Defendant: Defendants committed/commitments issued); Court Reporter: Theresa Sorensen (Defense Attorney: John Briley, Jerry Smith, Gene Johnson; US Attorney: Opher Shweiki, Arvind Lal) (rje) Modified on 1/3/2011 (rje, ). (Entered: 12/22/2010) |
| 01/14/2011 | 19 | | MOTION to Unseal Case by USA as to ROBERT DION SAVOY, TERRENCE |

| | | | |
|---|---|---|---|
| | | | DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON. (zmlp) (Entered: 01/19/2011) |
| 01/19/2011 | 21 | | ORDER granting 19 Motion to Unseal Case as to ROBERT DION SAVOY (1), TERRENCE DEMON HUDSON (2), JEROME JOHNSON (3), ERIC SCURRY (4), KEENA SCURRY (5), NATHAN AUGUSTUS ROBINSON (6). Signed by Chief Judge Royce C. Lamberth on 1/18/11. (mlp) (Entered: 01/26/2011) |
| 01/19/2011 | | | Case unsealed by Chief Judge Royce C. Lamberth on motion of the U.S.A. as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON. (mlp) (Entered: 02/10/2011) |
| 03/02/2011 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Status Conference as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON held on 3/2/2011. Status Conference set for 6/20/2011 at 09:30 AM in Courtroom 21 before Chief Judge Royce C. Lamberth. (Bond Status of Defendant: Defendants commtted/commitments issued); Court Reporter: Lisa Foradori (Defense Attorney: John Briley, Rudy Acree, Jon Norris, Joanne Slaight, Dwight Crawley, Gene Johnson; US Attorney: Arvind Lal, Opher Shewiki) (rje, ) (Entered: 03/02/2011) |
| 06/20/2011 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Status Conference as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON held on 6/20/2011. Status Hearing set for 09/20/2011 at 9:30 AM. Motions due by 10/14/2011. Oppositions due by 11/18/2011. Replies due by 12/16/2011. Pretrial Conference set for 1/9/2012 at 04:00 PM in Courtroom 22A before Chief Judge Royce C. Lamberth. Jury Trial set for 1/16/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. (Bond Status of Defendant: Defendants committed/commitments issued); Court Reporter: Scott Wallace (Defense Attorney: John Briley, Rudy Acree, Jon Norris, Dwright Crawley, Joanne Slaight, Gene Johnson; US Attorney: Opher Shweiki) (rje) (Entered: 06/21/2011) |
| 06/23/2011 | 33 | | ORDER denying 31 Motion for Bond as to JEROME JOHNSON (3); denying 32 Motion for Bond as to JEROME JOHNSON (3); denying 29 Motion for Bond as to KEENA SCURRY (5). Signed by Chief Judge Royce C. Lamberth on June 23, 2011.(lcrcl3) (Entered: 06/23/2011) |
| 07/05/2011 | 35 | | MOTION to Suppress *Physical Evidence from Execution of Search Warrant* by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 07/05/2011) |
| 08/30/2011 | 44 | | ORDER denying 42 Motion as to ERIC SCURRY (4). Signed by Chief Judge Royce C. Lamberth on August 30, 2011. (lcrcl3) (Entered: 08/30/2011) |
| 09/13/2011 | 46 | | SUPERSEDING INDICTMENT as to ROBERT DION SAVOY (1) count(s) 1ss, 2ss, TERRENCE DEMON HUDSON (2) count(s) 1ss, 3ss, JEROME JOHNSON (3) count(s) 1s, ERIC SCURRY (4) count(s) 1s, KEENA SCURRY (5) count(s) 1s, NATHAN AUGUSTUS ROBINSON (6) count(s) 1s, 4s, JAMES BROWN (7) count(s) 1. (FORFEITURE ALLEGATION) (hsj, ) (Entered: 09/14/2011) |
| 09/20/2011 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth: Status Conference as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, |

| | | | |
|---|---|---|---|
| | | | JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN held on 9/20/2011. Arraignment as to ROBERT DION SAVOY (1) Count 1ss,2ss and TERRENCE DEMON HUDSON (2) Count 1ss,3ss and JEROME JOHNSON (3) Count 1s and ERIC SCURRY (4) Count 1s and KEENA SCURRY (5) Count 1s and NATHAN AUGUSTUS ROBINSON (6) Count 1s,4s. Plea of Not Guilty entered as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY and NATHAN AUGUSTUS ROBINSON. Jury Trial set for 1/17/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Jury Trial back up date set for 2/24/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Motion Hearing set for 1/9/2012 at 04:00 PM in Courtroom 22A before Chief Judge Royce C. Lamberth. (Bond Status of Defendant: Defendants committed/commitments issued); Court Reporter: Scott Wallace (Defense Attorney: John Briley, Rudy Acree, Jon Norris, Chris Davis, Joanne Slaight, Gene Johnson, Howard Katzoff; US Attorney: Arvind Lal). (rje) (Entered: 09/20/2011) |
| 10/14/2011 | 61 | | ENTERED IN ERROR..... MOTION to Suppress *Statements* by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) Modified on 10/17/2011 (znmw, ). (Entered: 10/14/2011) |
| 10/14/2011 | 62 | | ENTERED IN ERROR..... MOTION to Suppress *Wiretap* by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) Modified on 10/17/2011 (znmw, ). (Entered: 10/14/2011) |
| 10/14/2011 | 63 | | MOTION to Suppress *Physical Evidence Recovered From Execution of Search Warrant* by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 10/14/2011) |
| 10/14/2011 | 65 | | NOTICE *of Information as to Prior Convictions* by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Shweiki, Opher) (Entered: 10/14/2011) |
| 10/14/2011 | 68 | | MOTION for Rule *609 Impeachment of Defendants with Their Prior Convictions* by USA as to TERRENCE DEMON HUDSON, NATHAN AUGUSTUS ROBINSON. (Attachments: # 1 Text of Proposed Order)(Shweiki, Opher) (Entered: 10/14/2011) |
| 10/14/2011 | 69 | | NOTICE *of Intrinsic Evidence* by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Shweiki, Opher) (Entered: 10/14/2011) |
| 10/17/2011 | | | NOTICE OF ERROR re 61 Motion to Suppress; emailed to racree30@aol.com, cc'd 6 associated attorneys –– The PDF file you docketed contained errors: 1. Incorrect header/caption/case number, 2. Please refile document, 3. Incorrect case number. (znmw, ) (Entered: 10/17/2011) |
| 10/17/2011 | | | NOTICE OF ERROR re 62 Motion to Suppress; emailed to racree30@aol.com, cc'd 6 associated attorneys –– The PDF file you docketed contained errors: 1. Incorrect header/caption/case number, 2. Please refile document, 3. correct case number. (znmw, ) (Entered: 10/17/2011) |
| 10/17/2011 | 76 | | MOTION to Suppress *Statements* by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 10/17/2011) |

| | | | |
|---|---|---|---|
| 10/17/2011 | <u>77</u> | | MOTION to Suppress *Wiretap* by TERRENCE DEMON HUDSON. (Attachments: # <u>1</u> Text of Proposed Order)(Acree, Rudolph) (Entered: 10/17/2011) |
| 10/24/2011 | <u>191</u> | | MOTION to Compel Disclosure of Additional GPS Information by ERIC SCURRY as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN. (rje) (Entered: 08/14/2012) |
| 11/18/2011 | <u>109</u> | | Memorandum in Opposition by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN re 58 MOTION to Suppress *Evidence Recovered in Search of Room*, 56 MOTION to Suppress *GPS Evidence*, 107 MOTION to Suppress *Join &Conform*, 70 MOTION for Discovery *of Detector Dog Information*, 37 MOTION to Suppress, 67 MOTION to Suppress, 71 MOTION for Disclosure *of Periodic Reports to the Court*, <u>62</u> MOTION to Suppress *Wiretap*, 53 MOTION for Identity of Informant, <u>76</u> MOTION to Suppress *Statements*, 101 MOTION to Suppress *Physical Evidence*, 66 MOTION to Sever Defendant, <u>77</u> MOTION to Suppress *Wiretap*, <u>35</u> MOTION to Suppress *Physical Evidence from Execution of Search Warrant*, 54 MOTION for Bill of Particulars, 60 MOTION For Preservation of Electron Mail Pursuant to the Jencks Act, 55 MOTION for 404(b) Evidence, 97 MOTION to Suppress, 57 MOTION to Adopt and Conform Motions of Co–Defendants, <u>61</u> MOTION to Suppress *Statements*, 36 MOTION to Sever Defendant, 91 MOTION Adopt codefendant motions, 89 MOTION to Suppress *Evidence Obtained from Search of Vehicles*, 59 MOTION to Suppress *Wiretap Evidence*, <u>63</u> MOTION to Suppress *Physical Evidence Recovered From Execution of Search Warrant*, 38 MOTION to Suppress, 90 MOTION to Suppress (Shweiki, Opher) (Entered: 11/18/2011) |
| 12/15/2011 | <u>115</u> | | SUPERSEDING INDICTMENT as to ROBERT DION SAVOY (1) count(s) 21sss, 24sss−29sss, 32sss−34sss, 35sss, TERRENCE DEMON HUDSON (2) count(s) 21sss−23sss, 29sss, 36sss, JEROME JOHNSON (3) count(s) 1ss, 26ss−28ss, 31ss, 34ss, ERIC SCURRY (4) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss, 16ss, 17ss, 18ss−20ss, NATHAN AUGUSTUS ROBINSON (6) count(s) 1ss, 18ss−20ss, 22ss−23ss, 37ss, 38ss, JAMES BROWN (7) count(s) 1s, 24s−25s, 30s−33s (FORFEITURE ALLEGATION). (erd, ) (Entered: 12/16/2011) |
| 12/16/2011 | <u>117</u> | | SCHEDULING ORDER as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN Jury Trial previously set on 1/17/2012 is rescheduled. Jury Trial set for 2/24/2012 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth.. Signed by Chief Judge Royce C. Lamberth on 12/16/11. (rje ) Modified on 12/19/2011 (rje, ). (Entered: 12/19/2011) |
| 12/19/2011 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Arraignment as to ROBERT DION SAVOY (1) Count 1ss,2ss,21sss,29sss,24sss−29sss,32sss−34sss,32sss−34sss,35sss and TERRENCE DEMON HUDSON (2) Count 1ss,3ss,21sss−23sss,29sss,36sss and JEROME JOHNSON (3) Count 1ss,26ss−28ss,31ss,34ss and ERIC SCURRY (4) Count 1ss,2ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss,11ss,12ss,13ss,14ss,15ss,16ss,17ss,18ss−20ss and NATHAN AUGUSTUS ROBINSON (6) Count 1ss,4s,18ss−20ss,22ss−23ss,37ss,38ss and JAMES BROWN (7) Count 1s,24s−25s,30s−33s held on 12/19/2011. Plea of not guilty entered on by all |

| | | | |
|---|---|---|---|
| | | | defendant on each counts. Motion Hearing set for 1/9/2012 02:00 PM in Courtroom 22A before Chief Judge Royce C. Lamberth. Bond Status of Defendant: Defendants committed/commitments issued; Court Reporter: Theresa Sorensen Defense Attorney: John Conte (standing in for John Briley) Rudy Acree, Jon Norris, Chris Davis, Gene Johnson, John Conte; US Attorney: Arvind Lal; (rje, ). (Entered: 12/20/2011) |
| 01/05/2012 | 122 | | ORDER establishing procedures to be followed by counsel appointed pursuant to the Criminal Justice Act to obtain interim payments during the course of the representation of the defendants, as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN. Signed by Chief Judge Royce C. Lamberth on 12/12/11 and by Janice Rogers Brown, Circuit Judge, U.S. Court of Appeals for the D.C. Circuit on 12/20/11. (mlp) (Main Document 122 replaced on 1/6/2012) (mlp, ). (Entered: 01/05/2012) |
| 01/09/2012 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Status Conference as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN held on 1/9/2012. Case called as a Motion Hearing. Defendant Savoy's motion for new counsel heard and granted. Jury Trial set 2/24/2012 is Vacated. Status Conference set for 2/24/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Bond Status of Defendant: Defendants committed/commitments issued; Court Reporter: Theresa Sorensen Defense Attorney: John Briley, Rudy Acree, Jon Norris, Chris Davis, Gene Johnson, John Conte; US Attorney: Arvind Lal, Opher Shweiki. (rje, ) (Entered: 01/09/2012) |
| 01/12/2012 | 128 | | ORDER to exclude time under the Speedy Trial Act as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON. Signed by Chief Judge Royce C. Lamberth on 1/10/12. (rje) Modified on 1/17/2012 (znmw, ). (Entered: 01/13/2012) |
| 01/20/2012 | 130 | | ORDER denying 36 Motion to Sever Defendant as to ROBERT DION SAVOY (1); denying 66 Motion to Sever Defendant as to JEROME JOHNSON (3); denying 102 Motion to Sever Defendant as to JAMES BROWN (7). Signed by Chief Judge Royce C. Lamberth on January 20, 2012. (lcrcl3) (Entered: 01/20/2012) |
| 02/02/2012 | 137 | | ORDER granting 125 Motion Interim Payments Investigator as to ERIC SCURRY (4). Signed by Chief Judge Royce C. Lamberth on 1/23/12. (rje) (Entered: 02/02/2012) |
| 02/24/2012 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Status Conference as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN held on 2/24/2012. Motions due by 6/15/2012. Responses due by 7/10/2012. Replies due by 7/30/2012. Status Conference set for 6/19/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Motion Hearing set for 8/14/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Jury Trial set for 09/10/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Bond Status of Defendant: Defendants committed/commitments issued; Court Reporter: Lisa Griffith Defense Attorney: Jonathan Zucker, Rudy Acree, Jon Norris, Christopher Davis, Gene Johnson, Allen Orenberg; US Attorney: Opher Shweiki, Arvind Lal. (rje, ) Modified on 6/8/2012 (rje, ). (Entered: 02/24/2012) |

| 03/05/2012 | 143 | MOTION to Withdraw as Attorney by Rudolph Acree, Jr.. by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 03/05/2012) |
|---|---|---|
| 03/16/2012 | 144 | ENTERED IN ERROR.....Supplemental MOTION to Withdraw as Attorney *for the Defendant* by Rudolph Acree, Jr.. by TERRENCE DEMON HUDSON as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) Modified on 3/16/2012 (erd). (Entered: 03/16/2012) |
| 03/16/2012 | 145 | Supplemental MOTION to Withdraw as Attorney *for the Defendant* by Rudolph Acree, Jr.. by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Acree, Rudolph) (Entered: 03/16/2012) |
| 04/18/2012 | 148 | NOTICE OF ATTORNEY APPEARANCE: Pleasant S. Brodnax, III appearing for TERRENCE DEMON HUDSON (Brodnax, Pleasant) (Entered: 04/18/2012) |
| 06/14/2012 | 157 | ORDER granting 155 Motion to permit joint defense meeting. Signed by Chief Judge Royce C. Lamberth on June 14, 2012. (lcrcl3) (Entered: 06/14/2012) |
| 06/15/2012 | 160 | MOTION To Adopt and Join Specified Motions by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Brodnax, Pleasant) (Entered: 06/15/2012) |
| 06/15/2012 | 161 | NOTICE *Supplemental Notice of intrinsic Evidence* by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Lal, Arvind) (Entered: 06/15/2012) |
| 06/15/2012 | 164 | MOTION For Leave to Adopt A Specified Motion by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Brodnax, Pleasant) (Entered: 06/15/2012) |
| 06/19/2012 | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Status Conference as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN held on 6/19/2012. Motion Hearing set for 7/24/2012 at 11:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Bond Status of Defendant: Defendants committed/commitments issued; Court Reporter: Theresa Sorensen Defense Attorney: Jonathan Zucker, Pleasant Brodnaz, Jon Norris, Christopher Davis, Gene Johnson, Allen Orenberg;; US Attorney: Arvind Lal. (rje) (Entered: 06/19/2012) |
| 06/21/2012 | | MINUTE ORDER as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN. The Minute Order of June 19, 2012 incorrectly rescheduled the Motions Hearing for July 24, 2012. It is hereby ORDERED that the Motions Hearing in this case remains set for August 14, 2012 at 10 am. Signed by Chief Judge Royce C. Lamberth on June 21, 2012. (lcrcl3) (Entered: 06/21/2012) |
| 06/25/2012 | 170 | Supplemental MOTION To Adopt and Join Specified Motions by TERRENCE DEMON HUDSON. (Attachments: # 1 Text of Proposed Order)(Brodnax, Pleasant) (Entered: 06/25/2012) |

| 07/06/2012 | | | NOTICE OF HEARING as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN Motion Hearing set for 8/14/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. (rje) (Entered: 07/06/2012) |
|---|---|---|---|
| 07/10/2012 | 182 | | RESPONSE by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN re 171 MOTION to Dismiss Count *For Lack of Venue and Defendants' Other Supplemental Motions* (Shweiki, Opher) (Entered: 07/10/2012) |
| 08/03/2012 | 185 | | ORDER granting 172 Motion adopt and join as to ROBERT DION SAVOY (1); granting 181 Motion adopt and join as to ROBERT DION SAVOY (1); granting 91 Motion adopt and join as to ROBERT DION SAVOY (1); granting 170 Motion adopt and join as to TERRENCE DEMON HUDSON (2); granting 160 Motion adopt and join as to TERRENCE DEMON HUDSON (2); granting 164 Motion adopt and join as to TERRENCE DEMON HUDSON (2); granting 179 Motion adopt and join as to JEROME JOHNSON (3); granting 107 Motion to adopt and join as to JEROME JOHNSON (3); granting 162 Motion adopt and join as to ERIC SCURRY (4); granting 168 Motion adopt and join as to ERIC SCURRY (4); granting 57 Motion adopt and join as to JAMES BROWN (7); granting 167 Motion adopt and join as to JAMES BROWN (7). Signed by Chief Judge Royce C. Lamberth on August 3, 2012.(lcrcl3) (Entered: 08/03/2012) |
| 08/03/2012 | 186 | | MEMORANDUM AND ORDER denying 77 MOTION to Suppress *Wiretap*, 105 MOTION to Suppress *Electronic Surveillance*, 108 Amended MOTION to Suppress *Defendant Brown's Motion to Suppress Electronic Surveillance and Derivative Physical Evidence*, 59 MOTION to Suppress *Wiretap Evidence*, and 90 MOTION to Suppress ( Further ORDERED that the Government shall file, within 10 days, a proposed redacted version of the August 3, 2012 sealed Memorandum and Order that could be released to the public signed by Chief Judge Royce C. Lamberth on 8/3/12. (ztnr, ) Modified on 8/13/2012 (erd). (Entered: 08/03/2012) |
| 08/09/2012 | 187 | | NOTICE *of No Proposed Redactions to the Court's Memorandum and Order, dated August 3, 2012* by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Shweiki, Opher) (Entered: 08/09/2012) |
| 08/10/2012 | 188 | | ORDERED that the Court's 8/3/2012 Memorandum and Order 186 be unsealed. as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN. Signed by Chief Judge Royce C. Lamberth on 8/10/12. (rje) (Entered: 08/13/2012) |
| 08/10/2012 | 189 | | MEMORANDUM AND ORDER as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN. Signed by Chief Judge Royce C. Lamberth on 8/10/12. (rje) (Entered: 08/13/2012) |
| 08/14/2012 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Motion Hearing in case as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN held on 8/14/2012. Motions heard and held in abeyance. Jury Trial set for 9/10/2012 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Bond Status of Defendant: Defendants committed/commitments issued; |

| | | | |
|---|---|---|---|
| | | | Court Reporter: Theresa Sorensen Defense Attorney: Jonathan Zucker, Pleasant Brodnax, Jon Norris, Christopher Davis, Gene Johnson, Allen Orenberg; US Attorney: Arvind Lal, Opher Shweiki. (Witnesses: Christopher Ray, Catherine Hanna, Terrence Hudson) (rje, ) (Entered: 08/14/2012) |
| 08/14/2012 | 193 | | EXHIBIT LIST by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (rje) (Entered: 08/14/2012) |
| 08/15/2012 | 194 | | SUPPLEMENT by USA as to TERRENCE DEMON HUDSON re 76 MOTION to Suppress *Statements* (Shweiki, Opher) (Entered: 08/15/2012) |
| 08/27/2012 | 195 | | Proposed Voir Dire by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Attachments: # 1 Exhibit)(Lal, Arvind) (Entered: 08/27/2012) |
| 08/29/2012 | 196 | | ORDER as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, and JAMES BROWN providing a schedule for counsel to review information regarding prospective jurors who have requested to be excused from jury duty. Signed by Chief Judge Royce C. Lamberth on 08/29/2012. (lcrcl3) (Entered: 08/29/2012) |
| 08/30/2012 | 197 | | Proposed Jury Instructions by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Lal, Arvind) (Entered: 08/30/2012) |
| 08/30/2012 | 198 | | NOTICE *of Proposed Verdict Form* by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Lal, Arvind) (Entered: 08/30/2012) |
| 09/05/2012 | 202 | | ORDER denying 37 Motion to Suppress as to ROBERT DION SAVOY (1); denying 38 Motion to Suppress as to ROBERT DION SAVOY (1); denying 36 Omnibus Motion for a Pretrial Hearing as to ROBERT DION SAVOY (1); denying 35 Motion to Suppress as to TERRENCE DEMON HUDSON (2); denying 63 Motion to Suppress as to TERRENCE DEMON HUDSON (2); granting 76 Motion to Suppress as to TERRENCE DEMON HUDSON (2); denying 67 Motion to Suppress as to JEROME JOHNSON (3); denying 53 Motion for Identity of Informant as to ERIC SCURRY (4); denying 54 Motion for Bill of Particulars as to ERIC SCURRY (4); denying 55 Motion for 404(b) Evidence as to ERIC SCURRY (4); denying 58 Motion to Suppress as to ERIC SCURRY (4); denying 70 Motion for Discovery as to ERIC SCURRY (4); denying 89 Motion to Suppress as to ERIC SCURRY (4); denying 201 Motion to Suppress as to NATHAN AUGUSTUS ROBINSON (6); denying 60 Motion as to JAMES BROWN (7); denying 101 Motion to Suppress as to JAMES BROWN (7). Signed by Chief Judge Royce C. Lamberth on 9/5/12. (rje) Modified on 9/5/2012 (rje, ). (Entered: 09/05/2012) |
| 09/05/2012 | 203 | | MEMORANDUM OPINION as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, ERIC SCURRY, JEROME JOHNSON, NATHAN AUGUSTUS ROBINSON, JAMES BROWN. Signed by Chief Judge Royce C. Lamberth on 09/06/12. (rje) (Entered: 09/05/2012) |
| 09/05/2012 | 204 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *of Forfeiture Memorandum* by USA as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, KEENA SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN (Lal, Arvind) (Entered: 09/05/2012) |
| 09/07/2012 | 207 | | SUPERSEDING INFORMATION as to TERRENCE DEMON HUDSON (2) count(s) 1ssss, 2ssss, 3ssss. CRIMINAL FORFEITURE) (erd) (Entered: 09/10/2012) |
| 09/07/2012 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Status Conference as to ROBERT DION SAVOY, TERRENCE DEMON HUDSON, JEROME JOHNSON, ERIC SCURRY, NATHAN AUGUSTUS ROBINSON, JAMES BROWN held on 9/7/2012. Defendants JEROME JOHNSON and JAMES BROWN are scheduled for Plea hearing on 9/7/2012 at 03:00 PM in Courtroom 22A before Chief Judge Royce C. Lamberth. Status Conference set for 9/10/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth for the remaining defendants ROBERT DION SAVOY, TERRENCE DEMON HUDSON, ERIC SCURRY and NATHAN AUGUSTUS ROBINSON.Bond Status of Defendant: Defendants committed/commitments issued; Court Reporter: Theresa Sorensen Defense Attorney: Jonathan Zucker, Pleasant Brodnaz, Jon Norris, Christopher Davis, Gene Johnson, Allen Orenberg; US Attorney: Opher Shweiki, Arvind Lal. (rje) (Entered: 09/10/2012) |
| 09/10/2012 | | | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Plea Agreement Hearing as to TERRENCE DEMON HUDSON held on 9/10/2012. Plea entered by TERRENCE DEMON HUDSON (2) Guilty on Counts 1ssss,2ssss and 3ssss. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to TERRENCE DEMON HUDSON. Sentencing set for 11/15/2012 at 10:00 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: Theresa Sorensen Defense Attorney: Pleasant Brodnax; US Attorney: Arvind Lal, Opher Shweiki. (rje) (Entered: 09/11/2012) |
| 09/10/2012 | 222 | | WAIVER OF INDICTMENT by TERRENCE DEMON HUDSON. Signed by Chief Judge Royce C. Lamberth on 9/10/12. (rje) (Entered: 09/11/2012) |
| 09/10/2012 | 223 | | WAIVER of Right to Trial by Jury as to TERRENCE DEMON HUDSON. Approved by Chief Judge Royce C. Lamberth on 9/10/12. (rje) (Entered: 09/11/2012) |
| 09/10/2012 | 224 | | PLEA AGREEMENT ACCEPTED as to TERRENCE DEMON HUDSON. "Let this be filed 9/10/2012" Chief Judge Royce C. Lamberth. (rje) (Entered: 09/11/2012) |
| 09/10/2012 | 225 | | FACTUAL PROFFER by USA as to TERRENCE DEMON HUDSON. "Let this be filed 9/10/2012" Chief Judge Royce C. Lamberth. (rje) (Entered: 09/11/2012) |
| 11/08/2012 | 250 | | Recommendation of PSI Report as to TERRENCE DEMON HUDSON. Not for public disclosure per Judicial Conference Policy.(Stevens–Panzer, Deborah) (Entered: 11/08/2012) |
| 11/08/2012 | | | Set/Reset Hearings as to TERRENCE DEMON HUDSON: Sentencing reset for 11/27/2012 at 10:30 AM in Courtroom 22A before Chief Judge Royce C. Lamberth. (rje) (Entered: 11/08/2012) |
| 11/25/2012 | 260 | | SENTENCING MEMORANDUM by TERRENCE DEMON HUDSON (Brodnax, Pleasant) (Entered: 11/25/2012) |
| 11/26/2012 | 263 | | |

| | | | |
|---|---|---|---|
| | | | SENTENCING MEMORANDUM by USA as to TERRENCE DEMON HUDSON (Shweiki, Opher) (Entered: 11/26/2012) |
| 11/27/2012 | | 15 | Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Sentencing held on 11/27/2012 as to TERRENCE DEMON HUDSON (2), Count(s) 1ssss, 2ssss and 3ssss. Defendant sentence to Concurrent terms of Sixty (60) months incarceration on Counts 1 and 3 to run consecutive to Sixty (60) months incarceration on count Two (2)for a total of One Hundred and twenty (120) months; followed by concurrent terms of Four (4) years on Counts One (1) and Two (2) and Three (3) years on Count Three (3); special assessment of $100.00 for each count for a total of $300.00. All remaining counts dismissed upon oral motion of the government. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: Theresa Sorensen Defense Attorney: Pleasant Brodnax; US Attorney: Opher Shweiki, Arvind Lal; Prob Officer: Renee Moses–Gregory. (rje) Modified on 11/28/2012 (rje, ). (Entered: 11/27/2012) |
| 11/27/2012 | 267 | | CONSENT ORDER OF FORFEITURE as to TERRENCE DEMON HUDSON. Signed by Chief Judge Royce C. Lamberth on 11/27/12. (rje) (Entered: 11/27/2012) |
| 11/27/2012 | 268 | | INFORMATION (CORRECTED COPY) by USA as to TERRENCE DEMON HUDSON re 207 Information. "Let this be filed pursuant to hearing this date," by Chief Judge Royce C. Lamberth. (hsj, ) Modified on 11/28/2012 (hsj, ). Modified text on 11/29/2012 (znmw, ). (Entered: 11/28/2012) |
| 12/03/2012 | 287 | 17 | JUDGMENT as to TERRENCE DEMON HUDSON. Statement of Reasons Not Included. Signed by Chief Judge Royce C. Lamberth on 11/30/2012. (hsj, ) (Entered: 12/04/2012) |
| 12/03/2012 | 288 | | STATEMENT OF REASONS as to TERRENCE DEMON HUDSON re 287 Judgment Not for public disclosure per Judicial Conference Policy. Signed by Chief Judge Royce C. Lamberth on 11/30/2012. (hsj, ) (Entered: 12/04/2012) |
| 12/10/2012 | 300 | 26 | NOTICE OF APPEAL – Final Judgment by TERRENCE DEMON HUDSON Fee Status: No Fee Paid. Parties have been notified. (Brodnax, Pleasant) (Entered: 12/10/2012) |

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Opher Shweiki (opher.shweiki@usdoj.gov,
usadc.criminaldocket@usdoj.gov, usadc.ecfnarcotics@usdoj.gov), Arvind K. Lal
(arvind.lal@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecfnarcotics@usdoj.gov),
Pleasant S. Brodnax, III (valawyer@erols.com), Chief Judge Royce C. Lamberth
(rcl_ecf@dcd.uscourts.gov, robert_elliotte@dcd.uscourts.gov)
--Non Case Participants: Jenifer Wicks (jenifer@jwickslaw.com), AUSA Document Clerk
(barbara.necastro@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecfhov@usdoj.gov),
Pretrial Notification (psadistrictcourtgroup@psa.gov), Probation Court Notices
(dcpdb_probation_court_notices@dcp.uscourts.gov)
--No Notice Sent:

Message-Id:3480666@dcd.uscourts.gov
Subject:Activity in Case 1:10-cr-00310-RCL USA v. SAVOY et al Sentencing
Content-Type: text/html
```

## U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 11/27/2012 at 4:23 PM EDT and filed on 11/27/2012

| | |
|---|---|
| **Case Name:** | USA v. SAVOY et al |
| **Case Number:** | 1:10–cr–00310–RCL |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before Chief Judge Royce C. Lamberth:Sentencing held on 11/27/2012 as to TERRENCE DEMON HUDSON (2), Count(s) 1ssss, 2ssss and 3ssss. Defendant sentence to Sixty (60) months on Counts 1 and 3 to run consecutive to count Two (2)for a total of One Hundred and twenty (120) months; followed by concurrent terms of Four (4) years on Counts One (1) and Two (2) and Three (3) years on Count Three (3); special assessment of $100.00 for each count for a total of $300.00. All remaining counts dismissed upon oral motion of the government. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: Theresa Sorensen Defense Attorney: Pleasant Brodnax; US Attorney: Opher Shweiki, Arvind Lal; Prob Officer: Renee Moses–Gregory. (rje)**

**1:10–cr–00310–RCL–2 Notice has been electronically mailed to:**

Arvind K. Lal arvind.lal@usdoj.gov, USADC.CriminalDocket@usdoj.gov, usadc.ecfnarcotics@usdoj.gov

Pleasant S. Brodnax, III valawyer@erols.com

Opher Shweiki opher.shweiki@usdoj.gov, USADC.CriminalDocket@usdoj.gov, usadc.ecfnarcotics@usdoj.gov

**1:10–cr–00310–RCL–2 Notice will be delivered by other means to::**

Allen Howard Orenberg
THE ORENBERG LAW FIRM, PC
11200 Rockville Pike
Suite 301
North Bethesda, MD 20852

Christopher Michael Davis
DAVIS &DAVIS
1350 Connecticut Avenue,NW
Suite 202
Washington, DC 20036

Gene Randolph Johnson
GENE R. JOHNSON AND ASSOCIATES
640 Orleans Place, NE
Washington, DC 20002

Joanne D. Slaight
LAW OFFICE OF JOANNE D. SLAIGHT
400 Seventh Street, NW
Suite 400
Washington, DC 20004

John Anthony Briley , Jr
LAW OFFICE OF JOHN A. BRILEY, JR.
6205 30th Street, NW
Washington, DC 20015

Jon W. Norris
LAW OFFICES OF JON W. NORRIS
503 D Street, NW
Suite 250
Washington, DC 20001

Jonathan Seth Zucker
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036

**FILED**

# UNITED STATES DISTRICT COURT

DEC 03 2012

District of Columbia

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| **v.** | ) | |
| TERRENCE DEMON HUDSON | ) | Case Number: 10-cr-310-2 |
| | ) | USM Number: 31312-016 |
| | ) | |
| | ) | Pleasant S. Brodnax , III |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    Three (3) Count Superseding Information

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | Conspiracy to Distribute and Possess With Intent to Distribute 28 Grams or More of Cocaine Base and 500 Grams or More of Cocaine. | 11/10/2010 | 1ssss |

     The defendant is sentenced as provided in pages 2 through    9    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)    all remaining counts    ☐ is   ☑ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/27/2012
Date of Imposition of Judgment

_Royce C. Lamberth_
Signature of Judge

Royce C. Lamberth      US Dist. Ct. Chief Judge
Name and Title of Judge

11/30/12
Date

DEFENDANT:  TERRENCE DEMON HUDSON
CASE NUMBER:  10-cr-310-2

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:924(c)(1) | Using, Carrying and Possessing a Firearm During a a Drug Trafficking Offense. | 11/10/2010 | 2ssss |
| 18:1956(h) and 18:1956 (a)(1)(B)(i) | Conspiracy to Launder Monetary Instruments. | 11/10/2010 | 3ssss |

DEFENDANT:  TERRENCE DEMON HUDSON
CASE NUMBER:  10-cr-310-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Sixty (60) months on Counts 1 and 3, and Sixty (60) months on Count 2, Count 2 is to run consecutive to Counts 1 and 3, for an aggregate term of One Hundred and twenty (120) months.

☑  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends incarceration at the Federal Correctional Institution (FCI) in Fairton, New Jersey.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: TERRENCE DEMON HUDSON
CASE NUMBER: 10-cr-310-2

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
Concurrent terms of Four (4) years on Counts One (1) and Two (2)  and Three (3) years on Count Three (3).

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable )*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable )*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:  TERRENCE DEMON HUDSON
CASE NUMBER:  10-cr-310-2

## ADDITIONAL SUPERVISED RELEASE TERMS

Within 72 hours of release from custody, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervision, the defendant shall not possess a firearm or other dangerous weapon, the defendant shall not use or possess an illegal controlled substance, and the defendant shall not commit another federal, state, or local crime.

The defendant have a right to appeal the sentence imposed by this Court. If the defendant choose to appeal, the defendant must file any appeal within 14 days after the Court enters judgment. If the defendant is  unable to afford the cost of an appeal, the defendant may request permission from the Court to file an appeal without cost to the defendant.

DEFENDANT:  TERRENCE DEMON HUDSON
CASE NUMBER:  10-cr-310-2

## SPECIAL CONDITIONS OF SUPERVISION

Pursuant to 42 USC § 14135a, for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the US Probation Office.

The defendant shall participate in an educational/vocational skills training program as approved and directed by the Probation Office.

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.

DEFENDANT:  TERRENCE DEMON HUDSON
CASE NUMBER:  10-cr-310-2

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 300.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:   TERRENCE DEMON HUDSON
CASE NUMBER:   10-cr-310-2

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Pursuant to Rule 32.2(a) of the Fed. Rules of Criminal Procedures, the defendant, Terrence Demon Hudson, shall forfeit a money judgment, joint and several, in an amount of $224,000 jointly and severally with other defendants.

The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, District of Columbia. Within 30 days of any change of address, the defendant shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. The defendant shall make payments on the special assessment through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program.

DEFENDANT:  TERRENCE DEMON HUDSON
CASE NUMBER:  10-cr-310-2

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with    ☐ C,     ☐ D, or    ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    Terrence Demon Hudson, case number 10-310-02, Robert Savoy, case number 10-310-01, Jerome Johnson, case number 10-310-03, James Brown, case number 10-310-07 and Eric Scurry, case number 10-310-04.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:

    Money judgment in the amount of $224,000, which the defendant (Terrence Demon Hudson, case number 10-310-02) is jointly and severally responsible for with Robert Savoy, case number 10-310-01, Jerome Johnson, case number 10-310-03, James Brown, case number 10-310-07 and Eric Scurry, case number 10-310-04.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
v.                                  )     Criminal No. 1:10-cr-310-2
                                    )
TERRENCE DEMON HUDSON,              )
                  Defendant.        )

## NOTICE OF APPEAL

Notice is hereby given that TERRENCE DEMON HUDSON, defendant herein,

hereby appeals from the final judgment and sentence entered in this matter on

December 3, 2012.

Respectfully submitted,

TERRENCE DEMON HUDSON
By Counsel

_____/s/_____
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20006
(202) 462-1100
valawyer@erols.com