**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 10-cr-310** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIC SCURRY** | : | |
| **Defendant** | : | |

**UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

On or about October 5, 2016, defendant Eric Scurry filed a motion to dismiss the indictment. [ECF No. 379]. On October 11, 2016, defendant's motion was docketed electronically and the undersigned received notice of the electronic filing. Any response by the United States would normally be due October 18, 2016.

Due to the number of defendants and the issues raised by the appeal in this matter, the United States respectfully requests an extension of ten days to respond. Such an extension would allow the United States an opportunity to determine what effect, if any, the appellate opinion had upon this defendant's case and whether a response to the defendant's motion to dismiss will be necessary.

The United States, therefore, respectfully requests that it be given an extension of time to respond, if such a response is necessary, up to and including October 28, 2016. Because of the defendant's pro se status and his incarceration, the undersigned has not had an opportunity to consult with him to determine whether he opposes such an extension.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar Number 415793

By: ________________________

Arvind K. Lal
Bar Number 389489
Assistant U.S. Attorney
Andrea Duvall
Special Assistant U.S. Attorney
Bar Number 2013114
United States Attorney's Office
555 Fourth Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-7965 (Lal)
arvind.lal@usdoj.gov